Mitchell B. Seidman
Jeffrey A. Kramer
**SEIDMAN & PINCUS, LLC**
777 Terrace Avenue, Suite 508
Hasbrouck Heights, New Jersey 07604
Phone: (201) 473 0047
Fax:    (201) 288 7009
*Attorneys for 110 Skyline, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BELLA FIORE LLC,<br><br>      Debtor. | CASE NO. 14-14303-RG<br><br>CHAPTER 11 |

TO: Clerk, United States Bankruptcy Court
   Martin Luther King, Jr. Federal Building
   50 Walnut Street
   Newark, NJ 07102

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Rule 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, **SEIDMAN & PINCUS, LLC** appears for and on behalf of 110 Skyline, LLC ("**Skyline**") in the above-captioned matter, and requests that all notices that are required to be given, and all papers that are required to be served, be given to and served upon the undersigned at the address and telephone number set forth below:

Mitchell B. Seidman, Esq.
Jeffrey A. Kramer, Esq.
**SEIDMAN & PINCUS, LLC**
777 Terrace Avenue, Suite 508
Hasbrouck Heights, New Jersey 07604
Phone:  (201) 473-0047
Fax:  (201) 288-7009
ms@seidmanllc.com
jk@seidmanllc.com

**PLEASE TAKE FURTHER NOTICE** that Skyline is the successor in interest to the claims of BCB Community Bank ("**BCB**") in this matter.  BCB was the successor in interest by merger to Allegiance Community Bank.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders, notices, applications, motions, petitions, pleadings, requests, complaints or demands, answering or reply papers and any memoranda or briefs in support of the foregoing and any other documents brought before this court in connection with these proceedings.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not deemed or construed to be a waiver of the right (i) to have final orders in non-core matters entered only after de novo review by the District Court Judge, (ii) to trial by jury in any proceeding so triable in this case, or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other claims, actions, setoffs, or recoupments to which 1st Constitution Bank may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  February 25, 2015                                    **SEIDMAN & PINCUS, LLC**
                                                             *Counsel to 110 Skyline, LLC*

                                                  By:     /s/ Mitchell B. Seidman
                                                          Mitchell B. Seidman
                                                          Jeffrey A. Kramer
                                                          777 Terrace Avenue, Suite 508
                                                          Hasbrouck Heights, New Jersey 07604
                                                          Phone:  (201) 473-0047
                                                          Fax:    (201) 288-7009