B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Bella Fiore LLC                              ,           Case No.  14-14303-RG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| 110 Skyline LLC | BCB Community Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Seidman & Pincus, LLC
  777 Terrace Avenue, Suite
  Hasbrouck Heights, NJ 07604

Court Claim # (if known):     2
Amount of Claim:  $905,630.93
Date Claim Filed:  06/23/2014

Phone:  201-473-0047
Last Four Digits of Acct #: _____

Phone:  201-823-0700 Ext. 2068
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mitchell B. Seidman                     Date: 02/25/2015
     Transferee/Transferee's Agent
   Mitchell B. Seidman, Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

Graham Curtin, A Professional Association
4 Headquarters Plaza
Morristown, NJ  07960
Attn:  Kenneth W. Vest

ASSIGNMENT OF MORTGAGE, DEED OF TRUST OR DEED TO SECURE DEBT

      FOR VALUE RECEIVED, the undersigned ("Assignor") hereby transfers, assigns and conveys to 110 Skyline LLC ("Assignee"), having as address at 110 E. 59th Street, 6th Floor, New York, NY 10022, and its successors and permitted assigns, without representation, recourse or warranty (except as set forth in that certain Mortgage Loan Purchase Agreement between BCB COMMUNITY BANK, as Seller, and FORUM CAPITAL PARTNERS, LLC AND RESOLUTION RECOVERY PARTNERS MANAGER, LLC, as Purchaser, dated as of August 22, 2014, all of Assignor's right, title, interest, powers and options in, to and under the mortgage, deed of trust or deed to secure debt and other recorded documents listed on **Schedule A** which is attached hereto and by this reference incorporated herein and made a part hereof, as well as the real property described therein and the indebtedness secured thereby.

      IN WITNESS WHEREOF, the undersigned has executed this Assignment the 18th day of September, 2014.

                                        BCB COMMUNITY BANK, successor by merger to Allegiance Community Bank
                                        a New Jersey chartered bank

                                        By: _____
                                        Name: John J. Brogan
                                        Title: Vice President/General Counsel

STATE OF NEW JERSEY    :

                                 : SS:

COUNTY OF HUDSON    :

    On this the 18th day of September, 2014, before me, a Notary Public, the undersigned officer, personally appeared John J. Brogan who acknowledged himself or herself to be a Vice President of BCB Community Bank a corporation, and that he or she, as such Corporate Officer, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself or herself as John J. Brogan, Vice President/General Counsel.

    In witness whereof I hereunto set my hand and official seal.

_____
NOTARY PUBLIC

My Commission Expires:

VENITA HERBERT
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 12/18/2018

Schedule A
to
Assignment of Interest in Mortgage, Deed of Trust or Deed to Secure Debt

1. Mortgage in the amount of $877,500.00 between Allegiance Community Bank, predecessor-in-interest by merger to BCB Community Bank and Bella Fiore, LLC dated March 6, 2009 and recorded on June 5, 2009 in the Bergen County Register's Office in Book 00131, Page 0169-0187.

ASSIGNMENT OF
ASSIGNMENT OF LEASES AND RENTS

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

Graham Curtin, A Professional Association
4 Headquarters Plaza
Morristown, NJ 07960
Attn: Kenneth W. Vest

ASSIGNMENT OF ASSIGNMENT OF LEASES TO SECURE DEBT

FOR VALUE RECEIVED, the undersigned ("Assignor") hereby transfers, assigns and conveys to 110 Skyline LLC ("Assignee"), having as address at 110 E. 59th Street, 6th Floor, New York, NY 10022, and its successors and permitted assigns, all of Assignor's right, title, interest, powers and options in, to and under the assignment of leases to secure debt and other recorded documents listed on **Schedule A** which is attached hereto and by this reference incorporated herein and made a part hereof, as well as the real property described therein and the indebtedness secured thereby.

IN WITNESS WHEREOF, the undersigned has executed this Assignment the 18th day of September, 2014.

BCB COMMUNITY BANK, successor by
merger to Allegiance Community Bank
a New Jersey chartered bank

By: _____
Name: John J. Brogan
Title: Vice President/General Counsel

STATE OF NEW JERSEY      :
                         : SS:
COUNTY OF HUDSON         :

On this the 18th day of September, 2014, before me, a Notary Public, the undersigned officer, personally appeared John J. Brogan who acknowledged himself or herself to be a Vice President of BCB Community Bank a corporation, and that he or she, as such Corporate Officer, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself or herself as John J. Brogan, Vice President/General Counsel

In witness whereof I hereunto set my hand and official seal.

_____
NOTARY PUBLIC

My Commission Expires:



VENITA HERBERT
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 12/18/2018

Schedule A

to

Assignment of Interest in Assignment of Leases

1. Assignment of Leases between Allegiance Community Bank, predecessor-in-interest to BCB Community Bank and Bella Fiore, LLC, dated March 6, 2009 and recorded on June 5, 2009 in the Bergen County Register's Office in Book 00131, Page 0188-0192.