# Billing Statement

STATEMENT NUMBER:  54
STATEMENT DATE:  OCTOBER 05, 2015

FROM: M. Cabrera & Associates, PC
55 Old Nyack Turnpike
Suite 308
Nanuet, NY 10954

TO: Bella Fiore LLC
521 Rivervale Road
Rivervale , NJ 07675

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-14-15 | MMC | met with client at bank and drafted checks - emailed financial documents to accountant - need to review after accountant finishes | 0.50 | $325.00 | $162.50 |
| AUG-14-15 | Travel | Met with client in Tenafly, NJ | 0.80 | $75.00 | $60.00 |
| AUG-17-15 | MMC | reviewed financials with accountant - need more detail | 0.50 | $325.00 | $162.50 |
| AUG-19-15 | MMC | draft response to opc email | 0.40 | $325.00 | $130.00 |
| AUG-19-15 | MMC | received breakdown from accountant - reviewed new info created new excel sheet for july and august | 1.00 | $325.00 | $325.00 |
| AUG-21-15 | MMC | received and reviewed motions filed by opc | 0.40 | $325.00 | $130.00 |
| AUG-22-15 | MMC | review, revise, finalize and file opposition to motion from opc | 4.50 | $325.00 | $1,462.50 |
| AUG-24-15 | MMC | met with client and finalized the bankruptcy and discussed the motion and our strategy going forward | 0.40 | $325.00 | $130.00 |
| AUG-24-15 | Travel | met with client in Bergenfield, NJ | 0.80 | $75.00 | $60.00 |
| AUG-25-15 | MMC | review and respond to email correspondence from opc - regarding their motions submitted on short notice | 0.80 | $325.00 | $260.00 |
| AUG-25-15 | MMC | telephone call with opc (pincus) about emails and numbers -entire explanation of money spent | 0.20 | $325.00 | $65.00 |
| AUG-25-15 | MMC | drafted final request for payment for accountant and efiled with same hearing date as attorney compensation hearing | 0.60 | $325.00 | $195.00 |
| AUG-25-15 | MMC | conference call with chambers on motion for short notice | 0.80 | $325.00 | $260.00 |
| AUG-25-15 | MMC | drafted and sent email to trustee about payment and need to resolve payment to accountant | 0.10 | $325.00 | $32.50 |

Statement Number: 54

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-26-15 | MMC | trustee called - called trustee back lm | 0.10 | $325.00 | $32.50 |
| AUG-27-15 | MMC | email from opc about dip account amount - replied with amount on 8/14 and amount now with check to trustee for $650 | 0.20 | $325.00 | $65.00 |
| AUG-28-15 | MMC | email to opc about the supplement for my application for compensation | 0.10 | $325.00 | $32.50 |
| AUG-28-15 | MMC | spoke with billing for accountant and explained need for all bills and credit of $300 on final bill for overpayment in February 2015. | 0.20 | $325.00 | $65.00 |
| AUG-31-15 | MMC | Accountant billing called me to confirm proper billing and make sure all bills paid in final request to court. Lack of two months in last application as oversight from her department. | 0.30 | $325.00 | $97.50 |
| AUG-31-15 | MMC | reviewed new opposition filed at 10:30pm to attorney fee application | 1.00 | $325.00 | $325.00 |
| SEP-01-15 | MMC | reviewed motions and began additional opposition | 1.00 | $325.00 | $325.00 |
| SEP-02-15 | Associate Attorney-JR | Review of various new jersey case law re settlement / contracts addressing current issues. Draft of letter brief in support of prior opposition to motion of creditor 110 Skyline, LLC to reopen of bankruptcy as Skyline already entered into a negotiated settlement agreement. | 5.00 | $225.00 | $1,125.00 |
| SEP-02-15 | MMC | reviewed opposition, amended opposition, finalized opposition and efiled opposition | 1.00 | $325.00 | $325.00 |
| SEP-03-15 | Associate Attorney-JR | Begin draft of letter brief in reply to Skyline opposition to fee application; review of cases addressing reasonableness of fees cited to by Skyline, discuss issues raised in the same with MC; review of various code sections and case law re attorney compensation and court review of the same; | 3.00 | $225.00 | $675.00 |
| SEP-03-15 | MMC | reviewed opposition to fee application | 1.00 | $325.00 | $325.00 |
| SEP-04-15 | Associate Attorney-JR | Review of various cases referenced by Skyline in opposition to fee application re cash collateral; consent; assignment of rents; additional research with regard to the same and consent / implied consent; and specific creditors actions | 2.40 | $225.00 | $540.00 |
| SEP-04-15 | Associate Attorney-JR | Continue draft and finalize response to Skyline's opposition to fee application | 2.00 | $225.00 | $450.00 |
| SEP-04-15 | MMC | final review of opposition to fee application and efiled opposition | 1.00 | $325.00 | $325.00 |
| SEP-04-15 | MMC | Drafted Nunc Pro Tunc 2nd fee application for accountant, drafted revised final application for accountant with $300 credit emailed to trustee for approval | 1.50 | $325.00 | $487.50 |
| SEP-08-15 | MMC | appeared at hearing on opc motions | 3.00 | $325.00 | $975.00 |
| SEP-08-15 | Travel | Travel to hearing in Newark | 1.50 | $75.00 | $112.50 |

Statement Number: 54

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-10-15 | MMC | revised the excel sheet for the trustee and opc - drafted a written explanation of the numbers | 0.80 | $325.00 | $260.00 |
| SEP-10-15 | MMC | Finalized the nunc pro tunc and final fee applications for accountant and efiled them - drafted and efiled notice of withdrawal of prior docket number 70 final fee application of accountant | 1.20 | $325.00 | $390.00 |
| SEP-15-15 | MMC | spoke with opc (mitch) briefly - mentioned client is out of town for week, won't have any answers on the excel sheet until he returns next week | 0.60 | $325.00 | $195.00 |
| OCT-05-15 | MMC | draft supplemental request for attorney compensation | 0.60 | $325.00 | $195.00 |
| | | Total hours for this statement | 39.30 | | |
| | | Total amount of this invoice | | | $10,757.50 |